IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBRA R. SALAZAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  CIV-04-451-L |
| ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On June 28, 2005, Magistrate Judge Bana Roberts entered her Report and Recommendation in this action brought by plaintiff pursuant to 42 U.S.C. §405(g) for judicial review of the defendant Commissioner's final decision denying plaintiff's application for disability insurance benefits and supplemental security income payments under the Social Security Act. The Magistrate Judge recommended that the decision of the defendant Commissioner be reversed and the cause remanded for further proceedings.

The court file reflects that no party filed written objections to the Report and Recommendation within the time limits provided.  Upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** for further proceedings consistent with the June 28, 2005 Report and Recommendation of the Magistrate Judge.

It is so ordered this 26th day of July, 2005.

*Tim Leonard*
TIM LEONARD
United States District Judge